948

No. 524. RAYMOND I. SMITH, INC., *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied. *Valentine Brookes* and *Paul E. Anderson* for petitioner. *Solicitor General Cox, Assistant Attorney General Oberdorfer* and *Melva M. Graney* for respondent.

No. 526. SHELL OIL CO. *v.* PUBLIC SERVICE COMMISSION OF NEW YORK. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Oliver L. Stone* and *William F. Kenney* for petitioner. *Kent H. Brown* and *Barbara M. Suchow* for respondent.

No. 539. PEOPLES BANK OF HAVERSTRAW *v.* FELDMAN, TRUSTEE IN BANKRUPTCY. C. A. 2d Cir. Certiorari denied. *John M. Friedman* for petitioner. *Harold Harper* and *Arthur R. Gaetjens* for respondent.

No. 707, Misc. REID *v.* RICHMOND, WARDEN. C. A. 2d Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion certiorari should be granted. *Louis H. Pollak, William D. Graham, Jack Greenberg* and *James M. Nabrit III* for petitioner. *John D. LaBelle* for respondent.

No. 529. LOFFLAND BROTHERS CO. ET AL. *v.* TEICHMAN ET AL. C. A. 5th Cir. Certiorari denied. *Bryan F. Williams, Jr.* for petitioners. *Solicitor General Cox, Assistant Attorney General Orrick, Morton Hollander* and *David L. Rose* for Calbeck, Deputy Commissioner, Bureau of Employees' Compensation, and *Herman Wright* for Teichman, respondents.